O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05194 AHM (AGRx) | Date | January 20, 2010 |
|---|---|---|---|
| Title | TERRENCE WILSON v. CITY OF LONG BEACH, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

      At the Final Pretrial Conference on December 7, 2009, the Court ordered the parties to lodge a revised pretrial conference order ("PTCO") incorporating the changes ordered at the hearing by not later than one week before the rescheduled trial date.  The Court set a trial date of January 26, 2010, which means that the revised PTCO would have been due by January 19, 2010 at the latest (given the holiday on Monday).  The parties have not lodged a revised PTCO.  Moreover, Plaintiff's counsel has made no effort to seek to use the sometimes-available procedures to enable her client to be present and to testify.  Accordingly, the Court ORDERS Plaintiff to show cause in writing by January 22, 2010 at 4:00 p.m. why this case should not be dismissed for lack of prosecution.

| | : | |
|---|---|---|
| | Initials of Preparer | SMO |