1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE WILSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, OFFICER KRIS NELSON, JESSE VALADEZ, OFFICER JACINTO PONCE, OFFICER ABEL MORALES, and DOES 1 through 10, Inclusive,<br><br>  Defendants. | Case No.: CV08- 05194 AHM (AGRx)<br><br>**JUDGMENT FOLLOWING JURY VERDICT**<br><br>Hon. A. Howard Matz, Judge<br>Courtroom 14, 312 N. Spring Street,<br>Los Angeles, California 90012 |

PLEASE TAKE NOTICE that on January 26-29, 2010, in the above entitled court, the Honorable A. Howard Matz, Judge presiding, the above-captioned matter was tried before a jury. On January 29, 2010, the jury returned verdicts in favor of Defendants, OFFICER KRIS NELSON, OFFICER JESSE VALADEZ, OFFICER JACINTO PONCE, OFFICER ABEL MORALES, and against Plaintiff, TERRANCE WILSON. Because the jury found no constitutional violation by the individual defendants, plaintiff's *Monell* claim against the City of Long Beach is dismissed.

1  Following the jury's verdict, and good cause appearing, the court now
2  orders that Judgment upon the verdict in favor of CITY OF LONG BEACH,
3  OFFICER KRIS NELSON, OFFICER JESSE VALADEZ, OFFICER JACINTO
4  PONCE, and OFFICER ABEL MORALES, be entered and further orders an award
5  of costs of suit following timely filing of a Bill of Costs.

7  DATED:   February 09, 2010

9  **JS-6**

_____

A. HOWARD MATZ

United States District Judge